# UNITED STATES DISTRICT COURT
### for the
### Western District of Washington

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>Subject Premises located at:<br>15219 NE 90th Street, Redmond, WA 98052, as further described in Attachment A | Case No. MJ20-532 |

*CERTIFIED TRUE COPY*
*ATTEST: WILLIAM M. MCCOOL*
*Clerk, U.S. District Court*
*Western District of Washington*
*By _____ Deputy Clerk*

**FILED**
Western District of Washington
at Seattle
SEP 17 2020
MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Western____ District of ____Washington____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein by reference.

**RECEIVED (DROP BOX)**

**SEP 17 2020**

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY _____ DEPUTY

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before ____May 27, 2020____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____any U.S. Magistrate Judge in West. Dist. of Washington____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____

Date and time issued: ____August 19, 2020 10:30 AM____  ____*[signature]*____
*Judge's signature*

City and state: ____Seattle, Washington____  Mary Alice Theiler, United States Magistrate Judge
*Printed name and title*

USAO: 2020R00310

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| MJ20-532 | 8/20/20 @ ≈3:00 p.m | at premises |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

1) Miscellaneous documents
2) MAC laptop computer
3) 3 thumb drives
4) Ipad
5) Toshiba laptop

Rec'd
[signature]

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9-16-20

_____
Executing officer's signature

Angela Zigler, Special Agent
Printed name and title

# ATTACHMENT A
# LOCATION TO BE SEARCHED

The location to be searched is an industrial property located at 15219 NE 90th Street, Redmond, WA 98052, further described as an industrial warehouse with two attached roll-up doors. The property is located in the furthest warehouse/garage unit from the street within the Zahntech Automotive Service complex. There is only one vehicle entry point to this complex, which is off of 152nd Ave NE. The entry waiting area and warehouse/garage unit, further identified by the below photographs.





ATTACHMENT A -- PAGE 1
USAO #2020R00310

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ATTACHMENT B

## ITEMS TO BE SEIZED

All records, information, and other evidence relating to violation of 21 U.S.C. § 331(a), which involve John T Stine (aka Johnny Stine) and/or North Coast Biologics after January 1, 2018, including:

1. Supplies, including raw materials, used to manufacture, label, and/or package the "COVID-19 vaccine," "tumor vaccines," cancer treatments, or other treatment products;

2. Powders, pills, tablets, capsules, creams, syringes, vials, or other containers of any kind, that resemble or appear to be or contain prescription drugs, including but not limited to those containing Imiquimod, Aldara; any drugs with similar properties, that appear to be related to or used with the "COVID-19 vaccine," "tumor vaccines," cancer treatments, or other treatment products;

3. Labels, inserts, boxes, bottles, bottle caps, external packaging, blister packs, and other packaging materials related to the "COVID-19 vaccine," "tumor vaccines" cancer treatments, or other treatment products;

4. Records related to the soliciting, ordering, shipment, importation, exportation, purchase, manufacture, sale, distribution, or storage of drugs, including but not limited to U.S. Customs entry forms; FDA and/or Customs detention, refusal and/or seizure notices; Entry Summaries; U.S. Customs Manifests of Goods; U.S. Customs declaration forms; invoices; bills of lading; air way bills; purchase orders; general ledgers; subsidiary ledgers; packing slips; and air bills;

5. Records, letters and responses to or from the FDA, FTC, U.S. Customs, Washington Attorney Generals Office or any other agencies regarding the COVID vaccine, tumor vaccines, other treatment products or components thereof;

ATTACHMENT B/ - 1
USAO#2020R00310

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

6. Indicia of ownership, residency, or occupancy of premises including but not limited to utility bills, telephone bills, loan payment receipts, rent receipts, trust deeds, lease or rental agreements, escrow documents, canceled envelopes, and bank account records;

7. Financial accounts records, payments, purchase orders, sale invoices, contracts, agreements, complaints, transactional information, or account ownership information relating to the accounts of John Stine (aka Johnny Stine) or North Coast Biologics;

8. Currency, checks, money orders, and any electronic forms of payment conducted through applications such as Venmo, Zelle, Bitcoin, Paypal and Cash App;

9. Any memoranda, records, or correspondence which reference the movement of currency, payment ledgers, payment receipts or memorandums documenting cash, wire, check, direct deposit, or any other form of payment either domestic or international;

10. Information pertaining to individuals or business that prescribed, ordered, manufactured, compounded, sold, or shipped, any components of the "COVID vaccine," "tumor vaccines," cancer treatments, or other treatment products;

11. Customers or "patients" lists and their corresponding contact information relating to those individuals that asked about a vaccine, received and/or paid for a vaccine, planned to receive a vaccine, received any type of information or shipment of the "COVID-19 vaccine," a "tumor vaccine" or cancer treatment including active pharmaceutical ingredients, drug components, topical creams, that resemble or appear to be or to contain misbranded drugs;

12. Travel documents, including flight plans, flight tickets, hotels, receipts;

ATTACHMENT B/ - 2
USAO#2020R00310

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

13. Cellular telephones and other communication devices including Blackberry, Android, Galaxy, iPhone, iPad, and similar devices (collectively "SUBJECT DEVICES");

14. All records on the SUBJECT DEVICES that relate to violations of Title 21, U.S.C. § 331 and involve JOHN T. STINE since January 1, 2018, including:

    a. lists of customers, related identifying information and communications and/or text conversations regarding any vaccines or treatments;

    b. all sales of drugs/vaccines, including types, amounts, and prices of drugs/vaccines as well as dates, places, shipments, and amounts of specific transactions and injections;

    c. any information related to sources of drugs/vaccines and drug components (including names, addresses, phone numbers, or any other identifying information);

    d. any information recording JOHN T. STINE's schedule or travel from January 1, 2018, to the present;

    e. all bank records, checks, credit card bills, account information, and other financial records.

    f. Evidence of user attribution showing who used or owned the SUBJECT DEVICE[S] at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

    g. Records evidencing the use of the SUBJECT DEVICE to communicate with Facebook mail servers, including:

        i. records of Internet Protocol addresses used;

        ii. records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard

ATTACHMENT B/ - 3
USAO#2020R00310

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

The term "storage medium" includes any physical object upon which computer data can be recorded. Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.

ATTACHMENT B/ - 4
USAO#2020R00310

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970